UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**R&R GAMES, INC.,**

    **Plaintiff,**

vs.                                                         Case No.: 8:12-CV-01957-T-27TBM

**FUNDEX GAMES, LTD. et al.,**

    **Defendants.**
_____/

## ORDER

**BEFORE THE COURT** is the parties' Stipulation of Voluntary Dismissal with Prejudice (Dkt. 92). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims against Defendants David A. Chamberlain, Rapier Distribution, Inc., and Boardgames 4 US, Inc. are DISMISSED *with prejudice*. The Clerk is directed to TERMINATE Defendants David A. Chamberlain, Rapier Distribution, Inc., and Boardgames 4 US, Inc. from the docket.

**DONE AND ORDERED** this _14th_ day of May, 2013.

                                                     JAMES D. WHITTEMORE
                                                     United States District Judge

Copies to: Counsel of Record